# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY MASON,<br><br>                       Plaintiff,<br><br>v.<br><br>ERACLIO C. CORONADO, doing business as Bravos Taco Shop,<br><br>                       Defendant. | Case No.: 3:18-cv-00310-H-NLS<br><br>**ORDER GRANTING JOINT MOTION TO SET ASIDE CLERK'S DEFAULT, WITHDRAW MOTION FOR DEFAULT JUDGMENT, AND DISMISS COMPLAINT**<br><br>[Doc. No. 24] |

On December 7, 2018, the parties filed a joint notice of settlement. (Doc. No. 23.) On December 10, 2018, the parties filed a joint motion to set aside the Clerk's entry of default, withdraw Plaintiff's motion for default judgment, and dismiss the complaint with prejudice. (Doc. No. 24.) For good cause shown, the Court grants the joint motion. Accordingly, the Court sets aside the Clerk's default, grants Plaintiff's request to withdraw his motion for default judgment, and dismisses the case with prejudice.

**IT IS SO ORDERED.**

DATED: December 10, 2018

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT